# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

GARY EUSTIN NORDGREN

NO. 2022 KW 0124

**APRIL 8, 2022**

---

In Re:    Gary Eustin Nordgren, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 444,227.

---

**BEFORE:    McCLENDON, WELCH, AND THERIOT, JJ.**

**WRIT DENIED.** The multiple offender bill of information, dated March 25, 2008, contains a typographical error where it lists "August 17, 2007" as the date of conviction for the predicate offense obtained in docket number 406425. The information in this court's opinion on relator's appeal, and the criminal court minutes from the district court record show that on August 17, 2006, relator entered a counseled guilty plea to possession of marijuana (second offense) in St. Tammany Parish (docket number 406425). The underlying offense was committed by relator between June 1 through June 15, 2007, after the predicate conviction and sentence for possession of marijuana (second offense) was obtained. Accordingly, the district court did not err by denying the motion to vacate the habitual offender adjudication and correct an illegal sentence.

**PMc**
**JEW**
**MRT**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT